Marc Van Der Hout, CA SBN # 80778
Stacy Tolchin, CA SBN # 217431
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. Rashed CHOWDHURY, Mumtaz CHOWDHURY, <br><br> Plaintiffs, <br><br> v. <br><br> Frank SICILIANO, his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; David STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; Christina POULOS, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services California Service Center, United States Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; and Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice. <br><br> Defendants. | Case No. C 06-07132 JW <br><br> **PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION** <br><br> <u>Immigration Case, Administrative Procedure Act Case</u> <br><br> Agency No.:A75 246 305 <br>                 A75 246 306 |

1 | Plaintiffs have filed a petition for writ of mandamus and complaint for declaratory and injunctive relief. The parties have agreed to expedite briefing in this matter in lieu of Plaintiffs filing an application for a temporary restraining order, and because Plaintiff Rashed Chowdhury will lose his employment if an employment authorization document is not issued to him by December 8, 2006. The parties have agreed to the following briefing schedule, contingent on court approval:

1. Plaintiffs will file their motion for preliminary injunction on Friday November 17, 2006.
2. Defendants will file their response by 12:00 p.m. on November 27, 2006.
3. Plaintiffs will file any reply by the end of the day of November 29, 2006.
4. The parties agree to a hearing date before this Court on December 4, 2006 at 9:00 a.m., or as soon thereafter as the Court will hear the matter.

Date: November 17, 2006

_____/s/_____
MARC VAN DER HOUT
Van Der Hout, Brigagliano & Nightingale, LLP
Attorney for Plaintiffs

Dated: November 17, 2006

Respectfully submitted,

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Ila C. Deiss.

Dated: November 17, 2006

_____/s/_____
MARC VAN DER HOUT

---

Stip. Re Briefing on PI                                                                 1                                                 No. C 06-07132 JW

1

2  It is so ordered.

3  Dated:   11/22/2006

4  _____
   Hon. James Ware
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY PERSONAL DELIVERY</u>

I, Stacy Tolchin, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On November 17, 2006, I caused to be served the within:

**PARTIES' STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON PRELIMINARY INJUNCTION MOTION**

on the opposing counsel by personal delivery to:

>Ila C. Deiss
>Assistant U.S. Attorney
>Office of the United States Attorney
>Northern District of California
>450 Golden Gate Ave., Tenth Floor
>San Francisco, CA  94102

Executed on November 17, 2006, at San Francisco, California.  I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_____
Stacy Tolchin
Declarant