1  Marc Van Der Hout, CA SBN # 80778
   Stacy Tolchin, CA SBN # 217431
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone:  (415) 981-3000
4  Facsimile:  (415) 981-3003
   Email: ndca@vblaw.com
5
6  Attorneys for Plaintiffs



7
                UNITED STATES DISTRICT COURT FOR THE
8
                  NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 A.M. Rashed CHOWDHURY,                        Case No. C 06-07132 JW
   Mumtaz CHOWDHURY,
12
         Plaintiffs,                             **PARTIES' SECOND
13                                               STIPULATION
                                                 REGARDING BRIEFING
14       v.                                      SCHEDULE AND
                                                 HEARING ON
15 Frank SICILIANO, his Official Capacity, Officer in   PRELIMINARY
   Charge, U.S. Citizenship and Immigration Services,  INJUNCTION MOTION**
16 United States Department of Homeland Security, San
   Jose, California; David STILL, in his Official      Immigration Case, Administrative
17 Capacity, District Director, U.S. Citizenship and   Procedure Act Case
   Immigration Services, United States Department of
18 Homeland Security, San Francisco, California;
   Christina POULOS, in her Official Capacity, Acting  Agency No.:A75 246 305
19 Director, U.S. Citizenship and Immigration Services           A75 246 306
   California Service Center, United States Department of
20 Homeland Security; Michael CHERTOFF, in his
   Official Capacity, Secretary, United States Department
21 of Homeland Security; and Alberto R. GONZALES, in
   his Official Capacity, Attorney General, U.S.
22 Department of Justice.
23
         Defendants.
24

25
26
27
28

---

Second Stip. re Briefing on  PI                              No. C 06-07132 JW

Plaintiffs have filed a petition for writ of mandamus and complaint for declaratory and injunctive relief. On November 17, 2006, Plaintiffs filed a motion for preliminary injunction, requesting that Defendants issue employment authorization documents ("EAD") to Plaintiffs, pursuant to 8 C.F.R. § 274a.13, on or before December 8, 2006. The parties also stipulated to an expedited briefing schedule, which this Court approved on November 22, 2006.

On November 27, 2006, the United States Citizenship and Immigration Services ("USCIS") sent via facsimile and via email a copy of Plaintiffs' EAD applications (Form I-765) with a stamp marked "APPROVED November 27, 2006." Defendants' counsel also notified Plaintiffs' counsel that Plaintiffs' EAD applications had been approved. Defendants' counsel further notified Plaintiffs' counsel that the actual EAD cards, which are the documents required to prove authorization for employment, will take additional days to issue. Plaintiffs' counsel have called Plaintiff Rashed Chowdhury's employer, Wells Fargo Bank, to inform them that his EAD application has been approved and that his EAD card is expected to be issued within the next few days. Wells Fargo Bank is currently in the process of determining whether to accept Plaintiff Rashed Chowdhury back for employment during this interim period where his EAD application has been approved, but his actual EAD card has not yet been issued.

In light of the approval of Plaintiffs' EAD application, Plaintiffs and Defendants have agreed, subject to Court approval, to stay the deadline by which Defendants were to file their response to Plaintiffs' motion for preliminary injunction, which was due by 12:00 p.m. on November 27, 2006. If Plaintiff Rashed Chowdhury's employer agrees to take him back by December 1, 2006, Plaintiffs will request that the December 4, 2006 hearing date be taken off calendar and that the parties be given an additional 30 days to determine whether the pending motion for preliminary injunction is still appropriate in this case.

Date: November 28, 2006                    _____/s/_____
                                           MARC VAN DER HOUT
                                           Van Der Hout, Brigagliano & Nightingale, LLP
                                           Attorney for Plaintiffs

Dated:  November 28, 2006                  Respectfully submitted,


                                           _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants


I declare under penalty of perjury that concurrence in the filing of this document has been obtained from Ila C. Deiss.

Dated: November 28, 2006                   _____/s/_____
                                           MARC VAN DER HOUT


It is so ordered.

Dated:  November 29, 2006                  _____
                                           Hon. James Ware
                                           United States District Judge

2