Marc Van Der Hout, CA SBN # 80778
Stacy Tolchin, CA SBN # 217431
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

GRANTED
Judge James Ware

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. Rashed CHOWDHURY, Mumtaz CHOWDHURY,<br><br>     Plaintiffs,<br><br>v.<br><br>Frank SICILIANO, his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; David STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; Christina POULOS, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services California Service Center, United States Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; and Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice.<br><br>     Defendants. | Case No. 06-07132 JW<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**<br><br><u>Immigration Case, Administrative Procedure Act Case</u><br><br>Agency No.:A75 246 305<br>             A75 246 306<br><br>Date:  January 8, 2007<br>Time:  9:00 a.m. |

Plaintiffs filed a petition for writ of mandamus and complaint for declaratory and injunctive relief on November 17, 2006.  On that same date, Plaintiffs filed a motion for preliminary injunction, requesting that Defendants issue employment authorization documents ("EAD") to Plaintiffs, pursuant to 8 C.F.R. § 274a.13, on or before December 8, 2006.  In addition, on that same date, the Court issued a scheduling order setting initial discovery deadlines and an initial case management conference on March 5, 2007.

On November 28, 2006, the parties filed a stipulation with the Court notifying the Court that Plaintiffs' EAD application had been approved but that the actual EAD cards had not been issued.  Plaintiffs had contacted Plaintiff Rashed Chowdhury's employer Wells Fargo but had not received verification that Wells Fargo would allow Plaintiff Rashed Chowdhury to return to work without the EAD card.  The parties therefore stipulated that if Wells Fargo agreed to take Plaintiff Rashed Chowdhury back by December 1, 2006, Plaintiffs would request that the December 4, 2006 hearing date be taken off calendar and that the parties be given an additional 30 days to determine whether the pending motion for preliminary injunction is still appropriate in this case. The Court signed that stipulation on November 29, 2006.

The parties received notice on November 30, 2006 that Wells Fargo has agreed to permit Plaintiff Rashed Chowdhury to return to work.  The parties stipulated to vacate the December 4, 2006 hearing on the preliminary injunction and agreed to inform the Court by January 2, 2007 as to whether the pending motion for preliminary injunction is still appropriate in this case.

Plaintiffs now withdraw their motion for preliminary injunction having received all of the relief which they sought in that November 17, 2006 motion.  Plaintiffs therefore wish to proceed with the previously established schedule as set by the Court's November 17, 2006 scheduling order.

1
2    Dated: January 2, 2007                    Respectfully submitted,

3                                              Marc Van Der Hout, CA SBN # 80778
                                               Stacy Tolchin, CA SBN # 217431
4                                              Van Der Hout, Brigagliano & Nightingale,
                                               LLP
5                                              180 Sutter Street, Fifth Floor
6                                              San Francisco, California 94104
                                               Telephone:  (415) 981-3000
7                                              Facsimile:  (415) 981-3003
                                               Email: ndca@vblaw.com
8
                                               Attorneys for Plaintiffs
9

10
                                               By:_____/s/_____
11                                                     Marc Van Der Hout

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28