1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 A.M. RASHED CHOWDHURY; *et al.*,          )
                                              ) No. C 06-7132 JW
                   Plaintiffs,                )
14                                            )
           v.                                 )
15                                            ) **STIPULATION TO EXTEND TIME**
   FRANK SICILIANO, in his Official Capacity, ) **WITHIN WHICH THE DEFENDANTS**
16 Officer in Charge, U.S. Citizenship and    ) **MUST FILE AN ANSWER; and**
   Immigration Services, U.S. Department of   ) **[PROPOSED] ORDER**
17 Homeland Security; *et al.*                )
   of the United States,                      )
18                                            )
                   Defendants.                )
19 _____ )

20     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to a forty day extension

22 of time within which the Defendants must serve its answer in the above-entitled action.  The

23 extension is required because the parties are considering a possible resolution of the case.

24     The parties respectfully request that the Court extend the due date for the answer until February

25 26, 2007.

26 ///

27 ///

28

Stip. to Extend Time
C 06-7132 JW

| | | |
|---|---|---|
| 1 | Dated: January 16, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney |
| 6 | | Attorney for Defendants |
| 7 | | |
| 8 | Dated: January 16, 2007 | _____/s/_____<br>MARC VAN DER HOUT |
| 9 | | Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/17/2007

_____
JAMES WARE
United States District Judge

Stip. to Extend Time
C 06-7132 JW