KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. RASHED CHOWDHURY; *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRANK SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; *et al.*<br>of the United States,<br><br>  Defendants. | No. C 06-7132 JW<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about November 17, 2006, and Defendants' answer is currently due on February 26, 2007.

2. Pursuant to this Court's May 12, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on February 26, 2007, and attend a case management conference on March 5, 2007.

3. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip. to Extend Dates
C 06-7132 JW

ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification and for Defendants to file an Answer: | March 12, 2007 |
| Last day to file/serve Joint Case Management Statement: | March 23, 2007 |
| Case Management Conference: | April 2, 2007 at 1:30 p.m. |

Dated: February 12, 2007            Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                    /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorney for Defendants


Dated: February 12, 2007            /s/
                                    MARC VAN DER HOUT
                                    Attorney for Plaintiffs


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/13/2007                    _____
                                    JAMES WARE
                                    United States District Judge

Stip. to Extend Dates
C 06-7132 JW