SCOTT N. SCHOOLS SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. RASHED CHOWDHURY; *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> FRANK SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; *et al.* <br><br>  Defendants. | No. C 06-7132 JW <br><br> **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. United States Citizenship and Immigration Services (USCIS) have reviewed Plaintiffs' files, and issued an interim employment authorization cards for Plaintiff and his spouse.

   2. Plaintiffs are scheduled to appear before the Immigration Court for a hearing on July 27, 2007.

   3. A case management conference is currently scheduled for April 2, 2007.

   4. The parties agree that there is a reasonable likelihood that this case can be administratively resolved after the Immigration Court hearing.

   5. Accordingly, the parties respectfully ask this Court to vacate the April 2, 2007 case

Stip. to Extend CMC Date
C 06-7132 JW

management conference date, and respectfully ask this Court to extend the dates as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification and for Defendants to file an Answer: | July 30, 2007 |
| Last day to file/serve Joint Case Management Statement: | August 20, 2007 |
| Case Management Conference: | August 27, 2007 at 10:00 am. |

6. If the case becomes moot, the parties will file a stipulation to dismiss.

Dated: March 7, 2007	Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: March 7, 2007	_____/s/_____
MARC VAN DER HOUT
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is continued to August 27 2007 at 10:00 AM.

Date:   3/9/2007

_____
JAMES WARE
United States District Judge

Stip. to Extend CMC Date
C 06-7132 JW