SCOTT N. SCHOOLS SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

　450 Golden Gate Avenue, Box 36055
　San Francisco, California 94102
　Telephone: (415) 436-7124
　FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. RASHED CHOWDHURY; *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>FRANK SICILIANO, in his Official Capacity,<br>Officer in Charge, U.S. Citizenship and<br>Immigration Services, U.S. Department of<br>Homeland Security; *et al.*<br><br>　　　Defendants. | No. C 06-7132 JW<br><br>**STIPULATION TO EXTEND ANSWER**<br>**DATE; AND [PROPOSED] ORDER** |

　　Plaintiffs, by and through their attorney of record, and Defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1.　United States Citizenship and Immigration Services (USCIS) has reviewed Plaintiffs' files,

and issued an interim employment authorization cards for Plaintiff and his spouse.

　　2.　Plaintiffs appeared before the Immigration Court for a hearing on July 27, 2007, and were

granted relief by the Immigration Judge.　However, the Government reserved the right to appeal.

　　3.　Defendants' Answer is due July 30, 2007, and a case management conference is currently

scheduled for September 17, 2007.

　　4.　The parties agree that there is a reasonable likelihood that this case will be administratively

resolved in the near future.

Stip. to Extend Answer Date
C 06-7132 JW

5.  Accordingly, the parties respectfully ask this Court to allow Defendants additional time to file an Answer, if at all, and propose the following schedule:

Last day to file Joint ADR Certification and for
Defendants to file an Answer:                                    August 27, 2007

Last day to file/serve Joint Case Management Statement:          September 10, 2007

Case Management Conference:                                      September 17, 2007 at 10:00 AM .

6.  If the case becomes moot, the parties will file a stipulation to dismiss.

Dated: July 30, 2007                         Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                             _____/s/_____
                                             ILA C. DEISS
                                             Assistant United States Attorney
                                             Attorney for Defendants


Dated: July 30, 2007                         _____/s/_____
                                             MARC VAN DER HOUT
                                             Attorney for Plaintiffs


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Case Management is set for 9/17/2007 at 10:00 AM.


Date:   August 1, 2007                       _____
                                             JAMES WARE
                                             United States District Judge


Stip. to Extend Answer Date
C 06-7132 JW