Marc Van Der Hout, CA SBN # 80778
Stacy Tolchin, CA SBN # 217431
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. Rashed CHOWDHURY, Mumtaz CHOWDHURY,<br><br>    Plaintiffs,<br><br>    v.<br><br>Frank SICILIANO, his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Jose, California; David STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; Christina POULOS, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services California Service Center, United States Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; and Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice.<br><br>    Defendants. | Case No.  C 06-7132 JW<br><br>**STIPULATION TO EXTEND ANSWER DATE; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. United States Citizenship and Immigration Services (USCIS) has reviewed Plaintiffs' files, and issued an interim employment authorization cards for Plaintiff and his spouse.

2. Plaintiffs appeared before the Immigration Court for a hearing on July 27, 2007, and were granted relief by the Immigration Judge. The Government reserved the right to appeal but did not file an appeal of that decision.

3. Defendants' Answer is due August 27, 2007, and a case management conference is currently scheduled for September 17, 2007.

4. The parties agree that there is a reasonable likelihood that this case will be administratively resolved in the near future.

5. Accordingly, the parties respectfully ask this Court to allow Defendants additional time to file an Answer, if at all, and propose the following schedule:

| | |
|---|---|
| Last day to file Joint ADR Certification and for Defendants to file an Answer: | October 1, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 15, 2007 |
| Case Management Conference: | October 22, 2007 at 10:00 a.m. |

6. If the case becomes moot, the parties will file a stipulation to dismiss.

| | | |
|---|---|---|
| Dated: August 28, 2007 | | Respectfully submitted, |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: August 28, 2007 | | /s/<br>MARC VAN DER HOUT<br>Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    August 29, 2007

_____
JAMES WARE
United States District Judge