SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.M. RASHED CHOWDHURY; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRANK SICILIANO, in his Official Capacity, Officer in Charge, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; *et al.*<br><br>    Defendants. | No. C 06-7132 JW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject the approval of the Court (except as specified below), to dismissal of the action in light of the issuance of Plaintiffs' employment authorization documents. Defendants further agree to adjudicate Plaintiffs' future properly filed applications for employment authorization documents, if any, within 90 days of their receipt. The Court will retain jurisdiction to enforce the terms of this order.

///

///

///

///

Stip. to Dismiss
C 06-7132 JW

1  Date: September 13, 2007          Respectfully submitted,

2                                    SCOTT N. SCHOOLS
                                     United States Attorney
3

4
                                         /s/
5                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     ILA C. DEISS
                                     Assistant United States Attorney
6                                    Attorneys for Defendants

7
                                         /s/
8  Date: September 13, 2007          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     MARC VAN DER HOUT
                                     Attorney for Plaintiffs
9

10                         **ORDER**

11     Pursuant to stipulation, IT IS SO ORDERED.   The Clerk shall close the file.

12
                                     *James Ware* (signature)
13  Date:  September 17, 2007         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                     JAMES WARE
14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C 06-7132 JW