1  JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6     Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12  A.M. RASHED CHOWDHURY; *et al.*,          )  No. C 06-7132 JW
                                             )
13              Plaintiffs,                   )  STIPULATION TO STAY THE COURT'S
                                             )  MAY 13, 2008 ORDER; AND [PROPOSED]
14              v.                            )  ORDER
                                             )
15  FRANK SICILIANO, in his Official Capacity, )
Officer in Charge, U.S. Citizenship and      )
16  Immigration Services, U.S. Department of  )
Homeland Security; *et al.*                   )
17                                           )
              Defendants.                     )
18  _____ )

19      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21      1.  The Court's May 13, 2008 Order, directing Defendants to tender a payment of $30,025.80

22  to Plaintiffs within fifteen days shall be stayed until July 11, 2008, in order to afford Defendants

23  time to decide whether to appeal the Court's decision.

24      2.  Plaintiffs do not concede that Defendants have met the requirements for a stay of this

25  Court's May 13, 2008 decision. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987) (laying out the

26  standard for a stay of a district court decision upon appeal).

27      3.  Interest shall run, whether or not an appeal is taken, from May 28, 2008, fifteen days from

28  the Court's May 13, 2008 order, at the rate specified in 28 U.S.C. section 1961(a).

Stipulation for a Stay
C 06-7132 JW

1   Dated: May 16, 2008

2                                               Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney
3

4                                                        /s/
                                                ILA C. DEISS
5                                               Assistant United States Attorney
                                                Attorneys for Defendants
6

7

8   Dated: May 16, 2008                                  /s/
                                                MARC VAN DER HOUT
9                                               STACY TOLCHIN
                                                Attorneys for Plaintiffs
10

11

12                              **ORDER**

13

14      Pursuant to stipulation, IT IS SO ORDERED.

15

16

17  Date:    June 2, 2008
                                                JAMES WARE
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

Stipulation for a Stay
C 06-7132 JW